**SPENCER FANE LLP**
Kyle L. Elliott (SBN 164209)
kelliott@spencerfane.com
Kevin Tuttle (*pro hac vice*)
ktuttle@spencerfane.com
Brian T. Bear (*pro hac vice*)
bbear@spencerfane.com
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile:  (816) 474-3216

*(continued on next page)*

*Counsel for Defendants Sizewise Rentals, L.L.C. and American National Manufacturing, Inc.*

**FOX ROTHSCHILD LLP**
Andrew S. Hansen (*pro hac vice*)
ahansen@foxrothschild.com
Archana Nath (*pro hac vice*)
anath@foxrothschild.com
Elizabeth A. Patton (*pro hac vice*)
epatton@foxrothschild.com
Lukas D. Toft (*pro hac vice*)
ltoft@foxrothschild.com
222 South Ninth Street, Suite 2000
Minneapolis, MN 55402
Telephone: 612-607-7000
Facsimile: 612-607-7100

*(continued on next page)*

*Counsel for Plaintiff Sleep Number Corporation*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP NUMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SIZEWISE RENTALS, LLC,<br><br>Defendant.<br><br>SLEEP NUMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL MANUFACTURING, INC.,<br><br>Defendant. | Case No.   5:18–cv–00356 AB (SPx)<br>              5:18–cv–00357 AB (SPx)<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW**<br><br>**Next Report Due: January 20, 2020** |

| | |
|---|---|
| Jaspal S. Hare (SBN 282171)<br>jhare@spencerfane.com<br>SPENCER FANE LLP<br>5700 Granite Parkway, Suite 650<br>Plano, Texas 75024<br>Telephone: (214) 750-3623<br>Facsimile: (972) 324-0301 | Ashe P. Puri, SBN. 297814<br>apuri@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>10250 Constellation Blvd., Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310-598-4150<br>Facsimile: 310-556-9828 |
| Alison M. Rowe (*pro hac vice*)<br>arowe@spencerfane.com<br>SPENCER FANE LLP<br>2200 Ross Avenue, Suite 4800 West<br>Dallas, Texas 75201<br>Telephone: (214) 750-3610<br>Facsimile: (214) 750-3612 | Steven A. Moore, SBN 232114<br>steve.moore@pillsburylaw.com<br>Nicole S. Cunningham, SBN 234390<br>nicole.cunningham@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101-3575<br>Telephone: 619-234-5000<br>Facsimile: 619-236-1995 |
| Thomas J. Daly (SBN 119684)<br>tdaly@lrrc.com<br>Drew Wilson (SBN 283616)<br>dwilson@lrcc.com<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>655 N. Central Avenue, Suite 2300<br>Glendale, CA 91203-1445<br>Telephone: (626)795-9900<br>Facsimile: (626)577-8800 | Kecia J. Reynolds (*pro hac vice*)<br>kecia.reynolds@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>1200 Seventeenth Street, NW<br>Washington, DC 20036<br>Telephone: 202-663-8000<br>Facsimile: 202-663-8007 |
| *Counsel for Defendants Sizewise Rentals, LLC and American National Manufacturing, Inc.* | *Counsel for Plaintiff Sleep Number Corporation* |

Pursuant to the Court's Order Granting Defendants' Motions to Stay (Case No. 18-00356 AB (SPx), Dkt. 143; Case No. 18-00357 AB (SPx), Dkt. 142) ("Order"), Plaintiff Sleep Number Corporation ("Sleep Number") and Defendants Sizewise Rentals, LLC and American National Manufacturing, Inc. ("ANM") (collectively, "the Parties"), through their respective counsel, respectfully notify the Court of the current status of the *Inter Partes* Reviews ("IPRs") filed by ANM with the Patent Trial & Appeal Board ("PTAB") in December 2018.

On July 24, 2019, the PTAB instituted the IPRs for U.S. Patent Nos. 8,769,747 and 9,737,154. On August 5, 2019, the PTAB instituted the IPR for U.S. Patent No. 5,904,172. The Parties are continuing to litigate all three IPRs pursuant to scheduling orders issued by the PTAB. Oral argument (if requested) is scheduled in front of the PTAB on all three IPRs on April 16, 2020.

The next scheduled status report is due January 20, 2020.

Date: November 11, 2019           FOX ROTHSCHILD LLP

                                  */s/ Elizabeth A. Patton*
                                  Elizabeth A. Patton
                                  Attorney for Plaintiff


Date: November 11, 2019           SPENCER FANE LLP

                                  */s/ Jaspal S. Hare*
                                  Jaspal S. Hare
                                  Attorney for Defendants

1 **DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE**

2  Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Joint
3 Status Report, Elizabeth A. Patton, hereby attests that all other signatories listed, and
4 on whose behalf the filing is submitted, concur in the filing's content and have
5 authorized this filing.

            */s/ Elizabeth A. Patton*
            Elizabeth A. Patton