| | |
|---|---|
| **SPENCER FANE LLP**<br>Kyle L. Elliott (SBN 164209)<br>kelliott@spencerfane.com<br>Kevin Tuttle (*pro hac vice*)<br>ktuttle@spencerfane.com<br>Brian T. Bear (*pro hac vice*)<br>bbear@spencerfane.com<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>Telephone: (816) 474-8100<br>Facsimile:  (816) 474-3216<br><br>*(continued on next page)*<br><br>*Counsel for Defendants Sizewise Rentals, L.L.C. and American National Manufacturing, Inc.* | **FOX ROTHSCHILD LLP**<br>Andrew S. Hansen (*pro hac vice*)<br>ahansen@foxrothschild.com<br>Archana Nath (*pro hac vice*)<br>anath@foxrothschild.com<br>Elizabeth A. Patton (*pro hac vice*)<br>epatton@foxrothschild.com<br>Lukas D. Toft (*pro hac vice*)<br>ltoft@foxrothschild.com<br>222 South Ninth Street, Suite 2000<br>Minneapolis, MN 55402<br>Telephone: 612-607-7000<br>Facsimile: 612-607-7100<br><br>*(continued on next page)*<br><br>*Counsel for Plaintiff Sleep Number Corporation* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLEEP NUMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SIZEWISE RENTALS, LLC,<br><br>Defendant.<br><br>SLEEP NUMBER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN NATIONAL MANUFACTURING, INC.,<br><br>Defendant. | Case No.  5:18–cv–00356 AB (SPx)<br>          5:18–cv–00357 AB (SPx)<br><br>**JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW**<br><br>**Next Report Due: August 17, 2020** |

| | |
|---|---|
| Jaspal S. Hare (SBN 282171) | Ashe P. Puri, SBN. 297814 |
| jhare@spencerfane.com | apuri@foxrothschild.com |
| SPENCER FANE LLP | FOX ROTHSCHILD LLP |
| 5700 Granite Parkway, Suite 650 | 10250 Constellation Blvd., Suite 900 |
| Plano, Texas 75024 | Los Angeles, CA 90067 |
| Telephone: (214) 750-3623 | Telephone: 310-598-4150 |
| Facsimile: (972) 324-0301 | Facsimile: 310-556-9828 |
| | |
| Alison M. Rowe (*pro hac vice*) | Steven A. Moore, SBN 232114 |
| arowe@spencerfane.com | stevemoore@zhonglun.com |
| SPENCER FANE LLP | Nicole S. Cunningham, SBN 234390 |
| 2200 Ross Avenue, Suite 4800 West | nicolecunningham@zhonglun.com |
| Dallas, Texas 75201 | ZHONG LUN LAW FIRM LLP |
| Telephone: (214) 750-3610 | 1717 Kettner Boulevard, Suite 200 |
| Facsimile: (214) 750-3612 | San Diego, CA 92101 |
| | Telephone: 323-930-5690 |
| Thomas J. Daly (SBN 119684) | Facsimile: 323-930-5693 |
| tdaly@lrrc.com | |
| Drew Wilson (SBN 283616) | Kecia J. Reynolds (*pro hac vice*) |
| dwilson@lrcc.com | kecia.reynolds@pillsburylaw.com |
| LEWIS ROCA ROTHGERBER | PILLSBURY WINTHROP SHAW |
| CHRISTIE LLP | PITTMAN LLP |
| 655 N. Central Avenue, Suite 2300 | 1200 Seventeenth Street, NW |
| Glendale, CA 91203-1445 | Washington, DC 20036 |
| Telephone: (626)795-9900 | Telephone: 202-663-8000 |
| Facsimile: (626)577-8800 | Facsimile: 202-663-8007 |
| | |
| *Counsel for Defendants Sizewise Rentals, LLC and American National Manufacturing, Inc.* | *Counsel for Plaintiff Sleep Number Corporation* |

ii

JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW

Pursuant to the Court's Order Granting Defendants' Motions to Stay (Case No. 18-00356 AB (SPx), Dkt. 143; Case No. 18-00357 AB (SPx), Dkt. 142) ("Order"), Plaintiff Sleep Number Corporation ("Sleep Number") and Defendants Sizewise Rentals, LLC and American National Manufacturing, Inc. ("ANM") (collectively, "the Parties"), through their respective counsel, respectfully notify the Court of the current status of the *Inter Partes* Reviews ("IPRs") filed by ANM with the Patent Trial & Appeal Board ("PTAB") in December 2018.

On July 24, 2019, the PTAB instituted the IPRs for U.S. Patent Nos. 8,769,747 and 9,737,154. On August 5, 2019, the PTAB instituted the IPR for U.S. Patent No. 5,904,172. Oral argument was held before the PTAB on all three IPRs on May 20, 2020, and the PTAB has indicated that the statutory deadline for it to issue a final written decision is July 24, 2020.

The next scheduled status report is due either August 17, 2020 (70 days from the date of this report) or 14 days after a decision from the PTAB concluding the IPR proceedings as to any of the IPR petitions, whichever occurs earlier.

Date: June 8, 2020    FOX ROTHSCHILD LLP

*/s/ Elizabeth A. Patton*
Elizabeth A. Patton
Attorney for Plaintiff

Date: June 8, 2020    SPENCER FANE LLP

*/s/ Jaspal S. Hare*
Jaspal S. Hare
Attorney for Defendants

1
JOINT STATUS REPORT REGARDING *INTER PARTES* REVIEW

## **DECLARATION OF CONSENT TO ELECTRONIC SIGNATURE**

Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Joint Status Report, Elizabeth A. Patton, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

*/s/ Elizabeth A. Patton*
Elizabeth A. Patton